**Electronically Filed
Supreme Court
SCWC-17-0000234
06-JAN-2023
08:49 AM
Dkt. 9 OGAC**

SCWC-17-0000234

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————

PFLUEGER, INC., Respondent/Plaintiff-Appellant,

vs.

AIU HOLDINGS, INC., NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PENNSYLVANIA,
Respondents/Defendants-Appellees,

and

NOGUCHI & ASSOCIATES, INC.,
Petitioner/Defendant-Appellee.

———————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000234; CIV. NO. 09-1-1326)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Wilson, and Eddins, JJ.,
and Circuit Judge Kim, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellee's Application for Writ

of Certiorari, filed on November 30, 2022, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, January 6, 2023.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Robert D.S. Kim

